MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
Mark D. Hesiak, Esq. Bar No. 12397
11441 Allerton Park Drive, Suite # 100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
mdh@mcnuttlawfirm.com
*Counsel for Defendant The Church of Jesus Christ of Latter-day Saints*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICK STEED,<br><br>     Plaintiff,<br><br>vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation Sole, dba DESERET INDUSTRIES; LARRY KING; ROE CORPORATIONS I through X, inclusive; and DOES II through X, inclusive,<br><br>     Defendants. | Case No.: 2:25-cv-01588-ART-MDC<br><br>**Stipulation and Order to Stay Discovery Pending Mediation**<br><br>*First Request* |

   It is hereby stipulated and agreed by and between the parties, Plaintiff Rick Steed and Defendant The Church of Jesus Christ of Latter-day Saints, a Utah Corporation Sole, dba Deseret Industries, to stay all proceedings until after a mediation with Private Trials that is currently scheduled for March 23, 2026.

   Good cause supports this stipulation because efficiency and judicial economy would be promoted by staying discovery until the parties mediate. The parties have agreed that Plaintiff will provide HIPAA authorizations to Defendant to collect medical records for the subject incident. Postponing all other discovery until after the mediation will allow the parties to

1  conserve time and resources. A stay will also eliminate the need for this Court to address discovery disputes that the mediation could moot. For those reasons, the parties respectfully request that this Court stay discovery. The parties will submit a Status Report within one week of the mediation, i.e., on or before March 30, 2026, to apprise the court of the mediation's outcome. If the mediation is not successful, the parties agree to submit a proposed discovery and scheduling order within two weeks of the mediation, i.e., on or before April 6, 2026.

This stipulation is the parties' first request to stay discovery and has been submitted in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.

| MCNUTT LAW FIRM, P.C. | CVBN LAW |
|---|---|
| /s/ Dan McNutt | /s/ Brent Valdez |
| Dan McNutt, Esq. (Bar No. 7815) | Brent Valdez, Esq. (Bar No. 10784) |
| Matt Wolf, Esq. (Bar No. 10801) | 8861 West Sahara Avenue, Suite 215 |
| 11441 Allerton Park Drive, Suite 100 | Las Vegas, Nevada 89117 |
| Las Vegas, Nevada 89135 | *Counsel for Plaintiff* |
| *Counsel for Defendant The Church of Jesus Christ of Latter-day Saints* | |

For good cause shown, **IT IS ORDERED** that discovery and pre-trial deadlines are stayed until March 30, 2026. **IT IS FURTHER ORDERED** that the parties shall file by March 30, 2026, a "Stipulation Regarding Mediation Outcome," filed as a stipulation so that I can be properly flagged for the court. **IT IS FURTHER ORDERED** that if mediation is not successful, the parties shall file an Amended Stipulated Discovery Plan and Scheduling Order by April 6, 2026.

**ORDER**

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: December 1, 2025