MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
Mark D. Hesiak, Esq. Bar No. 12397
11441 Allerton Park Drive, Suite # 100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
mdh@mcnuttlawfirm.com
*Counsel for Defendant The Church of
Jesus Christ of Latter-day Saints*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICK STEED,<br><br>      Plaintiff,<br><br>vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation Sole, dba DESERET INDUSTRIES; LARRY KING; ROE CORPORATIONS I through X, inclusive; and DOES II through X, inclusive,<br><br>      Defendants. | Case No.: 2:25-cv-01588-ART-MDC<br><br>**Stipulation Regarding Mediation Outcome** |

Plaintiff Rick Steed and Defendant The Church of Jesus Christ of Latter-day Saints, a Utah Corporation Sole, dba Deseret Industries, attended a mediation with Private Trials on March 23, 2026.  Pursuant to the Order Granting the Stipulation to Stay Discovery Pending Mediation (Dkt. 18), the parties respectfully submit this stipulation to inform the court that mediation has been successfully concluded, resulting in a confidential settlement.

///

The parties need to enter into a written settlement agreement and request 45 days to complete the tasks. The parties anticipate filing a Stipulation and Order to Dismiss the matter on or before May 14, 2026.

IT IS SO STIPULATED

DATED this March 27, 2026.

MCNUTT LAW FIRM. P.C.

*/s/ Dan McNutt*
Daniel R. McNutt, Esq. (Bar No. 7815)
Matthew C. Wolf, Esq. (Bar No. 10801)
11441 Allerton Park Drive, Suite 100
Las Vegas, Nevada 89135
*Counsel for Defendant The Church of Jesus Christ of Latter-day Saints*

DATED this March 27, 2026.

CVBN LAW

*/s/ Brent Valdez*
Brent Valdez, Esq. (Bar No. 10784)
8861 West Sahara Avenue, Suite 215
Las Vegas, Nevada 89117
*Counsel for Plaintiff*

## ORDER

IT IS SO ORDERED.

The parties shall file dismissal papers by **May 14, 2026**.

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: March 27, 2026