**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICK STEED, | Case No.: 2:25-cv-01588-ART-MDC |
| Plaintiff, | |
| vs. | **ORDER GRANTING** |
| THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation Sole, dba DESERET INDUSTRIES; LARRY KING; ROE CORPORATIONS I through X, inclusive; and DOES II through X, inclusive, | **Stipulation Regarding Mediation Outcome** |
| Defendants. | |

Plaintiff Rick Steed and Defendant The Church of Jesus Christ of Latter-day Saints, a Utah Corporation Sole, dba Deseret Industries, attended a mediation with Private Trials on March 23, 2026. Pursuant to the Order Granting the Stipulation to Stay Discovery Pending Mediation (Dkt. 18), the parties respectfully submit this stipulation to inform the court that mediation has been successfully concluded, resulting in a confidential settlement.

///

The parties need to enter into a written settlement agreement and request 45 days to complete the tasks. The parties anticipate filing a Stipulation and Order to Dismiss the matter on or before May 14, 2026.

IT IS SO STIPULATED

DATED this March 27, 2026.                          DATED this March 27, 2026.

MCNUTT LAW FIRM. P.C.                          CVBN LAW

*/s/ Dan McNutt*                                         */s/ Brent Valdez*
Daniel R. McNutt, Esq. (Bar No. 7815)          Brent Valdez, Esq. (Bar No. 10784)
Matthew C. Wolf, Esq. (Bar No. 10801)          8861 West Sahara Avenue, Suite 215
11441 Allerton Park Drive, Suite 100           Las Vegas, Nevada 89117
Las Vegas, Nevada 89135                         *Counsel for Plaintiff*
*Counsel for Defendant The Church of*
*Jesus Christ of Latter-day Saints*

## ORDER

It is ordered that the parties shall file dismissal documents or a joint notice regarding the status of settlement on or before May 14, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED:  March 30, 2026