# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICK STEED,<br><br>    Plaintiff,<br><br>vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation Sole, dba DESERET INDUSTRIES; LARRY KING; ROE CORPORATIONS I through X, inclusive; and DOES II through X, inclusive.<br><br>    Defendants. | Case No.: 2:25-cv-01588-ART-MDC<br><br>**ORDER GRANTING**<br><br>**Stipulation to Dismiss** |

**Stipulation and Order to Dismiss**

Plaintiff Rick Steed and Defendant The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole hereby stipulates to dismiss this action in its entirety with prejudice with all parties bearing their own fees and costs.

IT IS SO STIPULATED.

DATED this April 6, 2026.

MCNUTT LAW FIRM. P.C.

Daniel R. McNutt, Esq. (Bar No. 7815)
Matthew C. Wolf, Esq. (Bar No. 10801)
11441 Allerton Park Drive, Suite 100
Las Vegas, Nevada 89135
*Counsel for Defendant The Church of Jesus Christ of Latter-day Saints*

DATED this April 6, 2026.

CVBN LAW

Brent Valdez, Esq. (Bar No. 10784)
8861 West Sahara Avenue, Suite 215
Las Vegas, Nevada 89117
*Counsel for Plaintiff*

**IT IS SO ORDERED.**

Anne R. Traum
United States District Judge

Dated: April 7, 2026